DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRITTANY WILLIAMS,**
Appellant,

v.

**MILES KUNKEL,**
Appellee.

No. 4D21-1544

[October 7, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312020DR000433.

Stephen S. Isherwood of Apfelbaum Law, Port St. Lucie, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***